```
USDS SDNY  Wood, K.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK MIKULLITZ,

        *Plaintiff*,

v.

MY-ART, SAS, a French company, and
XAVIER THAMIN, an individual,

        *Defendants.*

Civil Action No: 1:14-cv-03276-KMW

[PROPOSED] JUDGMENT

---

Based on the acceptance by Plaintiff MARK MIKULLITZ of Defendants' Offer of Judgment dated July 9, 2014, pursuant to Federal Rule of Civil Procedure 68, **IT IS HEREBY DECLARED**:

    1.    That, pursuant to 15 U.S.C. §1114(2)(D)(iv)-(v), Plaintiff MARK MIKULLITZ is entitled to the exclusive right to registration, ownership and use of the Subject Domain Name <myart.com>;

    2.    That, pursuant to 28 U.S.C. §2201, Plaintiff MARK MIKULLITZ's registration of the Subject Domain Name <myart.com> is lawful and is not an infringement on any trade or service mark right of the Defendants MY-ART, SAS and XAVIER THAMIN, individually and/or collectively; further,

**IT IS HEREBY ORDERED**:

    3.    Judgment is entered in favor of Plaintiff MARK MIKULLITZ and against Defendant MY-ART, SAS in the amount of $7,500, representing statutory damages, reimbursement for reasonable costs of suit and attorney's fees incurred by Plaintiff as of July 9, 2014.

                              The Clerk of Court is directed
                              to close this case. Any pending
                              motions are moot.

SO ORDERED.

This the 15th day of July, 2014.

*[signature]*
The Hon. Kimba M Wood
United States District Judge

Copies to:

Clerk of Court
United States District Court
Southern District of New York

Justin Mercer, Esq.
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: justin@iLawco.com

*Counsel for Plaintiff*

Marc S. Gottlieb, Esq.
Sanders Ortoli Vaughn-Flam Rosenstadt LLP
501 Madison Avenue, 14th Floor
New York, NY 10022
Tel: (212) 588-0022
Fax: (866) 294-0074
Email: msg@sovrlaw.com

*Counsel for Defendants*